UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DELANO TURNER,

        Petitioner,                      Case No. 1:13-cv-182

v.                                          Honorable Paul L. Maloney

BONITA HOFFNER,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because Petitioner's claim is procedurally defaulted.

Dated:   March 14, 2013                      /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge