UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KEVIN DELANO TURNER,

                    Petitioner,             Case No. 1:13-cv-182

v.                                     Honorable Paul L. Maloney

BONITA HOFFNER,

                    Respondent.

_____/


**<u>JUDGMENT</u>**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be

**DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because

Petitioner's claim is procedurally defaulted.


Dated:  March 14, 2013                /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge